UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASTEROPE SHIPPING CO. LTD, <br><br> Plaintiff, <br><br> -v- <br><br> CSC SUGAR LLC, <br><br> Defendant. | 24-cv-00962 (JSR) <br><br> ORDER |

JED S. RAKOFF, U.S.D.J.:

In connection with the parties' cross-motion to enjoin and compel arbitration, the Court will hold an evidentiary hearing regarding the origins of: (a) the arbitration clause set forth at page 7 of February 1, 2023, Charter Party, *see* Decl. of George Louloudis, Ex. 1 (Dkt. 15-1,) and (b) the reference to arbitration referenced at page 10 of the so-called "fixture" to this agreement from the same date, *see* Decl. of George Louloudis, Ex. 2 (Dkt. 15-1). The parties are instructed to jointly call the Chambers by no later than August 15, 2024, to set a schedule for the briefing.

SO ORDERED.

New York, NY
August 14, 2024

_____
JED S. RAKOFF, U.S.D.J.

- 1 -